[No. 7259–5–I.   Division One.   October 6, 1980.]

THE STATE OF WASHINGTON, *Respondent,* v. WALTER BYRD BIBLE, *Appellant.*

Appeal from a judgment of the Superior Court for King

County, No. 87511, Barbara J. Rothstein, J., entered January 11, 1979. *Affirmed in part* and *remanded* by unpublished opinion per Andersen, J., concurred in by James, A.C.J., and Ringold, J.